JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNIVERSAL DYEING & PRINTING, INC., | Case No.: 2:19-cv-09235-MWF-KES |
| --- | --- |
| Plaintiff, | *Hon. Michael W. Fitzgerald Presiding* |
| v. | **ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| APOLLO APPAREL NY, LLC, et al., | |
| Defendants. | |

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is dismissed with prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

IT IS SO ORDERED.

Dated: October 20, 2020

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE